**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **McPhillips Flying Service, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **Island Airways**<br>**FKA  Gemini Air Service, Inc.**<br>**DBA  Welke Aviation** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-1690570** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **111 Airport Drive**<br>**Charlevoix, MI 49720** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Charlevoix** | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://islandairways.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **McPhillips Flying Service, Inc.**                                        Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **McPhillips Flying Service, Inc.**                                    Case number (*if known*) _____
                Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
□ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

□ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
□ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

□ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

□ It needs to be physically secured or protected from the weather.

□ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

□ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

□ No

□ Yes.   Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13.  Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

□ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | □ 1,000-5,000 | □ 25,001-50,000 |
| □ 50-99 | □ 5001-10,000 | □ 50,001-100,000 |
| □ 100-199 | □ 10,001-25,000 | □ More than100,000 |
| □ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| □ $0 - $50,000 | ■ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
| □ $50,001 - $100,000 | □ $10,000,001 - $50 million | □ $1,000,000,001 - $10 billion |
| □ $100,001 - $500,000 | □ $50,000,001 - $100 million | □ $10,000,000,001 - $50 billion |
| □ $500,001 - $1 million | □ $100,000,001 - $500 million | □ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| □ $0 - $50,000 | ■ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |

Debtor   **McPhillips Flying Service, Inc.**                                    Case number (*if known*) _____

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor     **McPhillips Flying Service, Inc.**                                    Case number (*if known*) _____
           Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 15, 2025**
                MM / DD / YYYY

**X** **/s/ Angela LeFevre-Welke** _____     **Angela LeFevre-Welke** _____
      Signature of authorized representative of debtor         Printed name

Title     **President/Secretary** _____

**18. Signature of attorney**

**X** **/s/ A. Todd Almassian** _____     Date     **July 15, 2025** _____
      Signature of attorney for debtor                          MM / DD / YYYY

**A. Todd Almassian P55467**
Printed name

**Keller & Almassian, PLC**
Firm name

**230 East Fulton**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone     **616-364-2100**     Email address     **ecf@kalawgr.com**

**P55467 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **McPhillips Flying Service, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 15, 2025**          X */s/ Angela LeFevre-Welke*
                                        Signature of individual signing on behalf of debtor

                                        **Angela LeFevre-Welke**
                                        Printed name

                                        **President/Secretary**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **McPhillips Flying Service, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express NB 4315 South 2700 West Salt Lake City, UT 84184** | **(800) 528-2122** | **Charge Account** | | | | **$37,450.74** |
| **US Bank 800 Nicollet Mall Minneapolis, MN 55402** | **(800) 872-2657** | **Charge Account** | | | | **$28,984.02** |
| **Charlevoix State Bank 111 State Street Charlevoix, MI 49720** | **(231) 547-4411** | **Charge Account** | | | | **$12,830.46** |
| **Estate of Adam Wolford Kendall c/o Zachary W. Thomas, Esq. 2402 Dunlavy Street Houston, TX 77006** | **zthomas@nicholsbrar.com (713) 405-7096** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$1.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **McPhillips Flying Service, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**   **Summary of Assets**

---

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................  $     **10,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................  $     **2,325,506.58**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................  $     **2,335,506.58**

---

**Part 2:**   **Summary of Liabilities**

---

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **2,124,740.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$     **358,966.22**

4.   **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b      $     **2,483,706.22**

**Fill in this information to identify the case:**

Debtor name **McPhillips Flying Service, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,044.10** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Charlevoix State Bank** | **Checking Account** | **5184** | **$35,369.12** |
| 3.2. | **Charlevoix State Bank** | **Savings account** | **4406** | **$5,761.07** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$42,174.29**

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor    **McPhillips Flying Service, Inc.**                    Case number *(if known)* _____
_____
Name

|  |  |  |
|---|---|---|
| 8.1. | Potential refund due from insurance company for overpayment. Amount currently unknown. **Potential refund of approximately $4,500, if received.** | **$0.00** |

9.    **Total of Part 2.**                                                                    **$0.00**
      Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **139,120.29** | - | **0.00** | = .... | **$139,120.29** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                    **$139,120.29**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Inventory Spare aircraft components $170,000 Fuel and oil $80,000** | | **$0.00** | **Estimated FMV** | **$250,000.00** |

23.    **Total of Part 5.**                                                                    **$250,000.00**
      Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

Debtor   **McPhillips Flying Service, Inc.**                                Case number *(If known)* _____
_____
Name

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>Office furniture and fixtures | $0.00 | **Estimated FMV** | $5,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>Reservation Software<br>FAA Approved and designed specifically for the Debtor. | $0.00 | N/A | $1,000.00 |
| Computer equipment and other general software | $0.00 | **Estimated FMV** | $15,000.00 |
| Telephone system | $0.00 | **Estimated FMV** | $1,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.            | $22,000.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **McPhillips Flying Service, Inc.**_____   Case number *(If known)* _____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **Various vehicles including but not limited to older fuel trucks, dump trucks, and cargo vans.** | $0.00 | **Estimated FMV** | $23,310.00 |
| 47.2. **Heavy trucks and equipment including but not limited to a John Deer Backhoe** | $0.00 | **Estimated FMV** | $22,900.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 49.1. **1970 Britten Norman BN-2A N137**<br>**\*\*Value based on July 2025 Appraisal.** | $0.00 | **Appraisal** | $300,000.00 |
| 49.2. **1970 Britten Norman BN2A-26 Islander N949PW**<br>**\*\*Appraisal Pending** | $0.00 | **Estimated FMV** | $500,000.00 |
| 49.3. **1969 Britten Norman BN-2A-8 N80KM**<br>**\*\*Appraisal Pending** | $0.00 | **Estimated FMV** | $200,000.00 |
| 49.4. **1980 Britten Norman BN2A-26 Islander N406CW**<br>**\*\*Appraisal Pending** | $0.00 | **Estimated FMV** | $350,000.00 |
| 49.5. **1969 Britten Norman BN-2A N95BN**<br>**\*\*Appraisal Pending** | $0.00 | **Estimated FMV** | $200,000.00 |
| 49.6. **1977 Piper PA-23-250 N63790**<br>**Not airworthy, no engine.** | $0.00 | **Estimated FMV** | $91,000.00 |
| 49.7. **1967 Cessna 172**<br>**\*Value based on July 2025 Aircraft Blue Book** | $0.00 | **Blue Book** | $70,000.00 |
| 49.8. **1974 Cessna 150**<br>**\*Value based on July 2025 Aircraft Blue Book** | $0.00 | **Blue Book** | $55,000.00 |

Debtor    **McPhillips Flying Service, Inc.**    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 49.9. | **1958 Piper PA23-160** <br> **\*Leased, See Schedule G** | $0.00 | **N/A** | $0.00 |

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br> **Small Tools/Shop Equipment** <br> **(Old, very used)** | $0.00 | **Estimated FMV** | $10,000.00 |
| | **Machinery and equipment** | $0.00 | **Estimated FMV** | $50,000.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$1,872,210.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

■ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor    **McPhillips Flying Service, Inc.**                              Case number *(If known)* _____
                          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Charlevoix Hangar and freight room located at 111 Airport Drive, Charlevoix, MI 49720. Building built on leased land. *Pursuant to the lease with the City of Charlevoix, following construction of the hangar the City of Charlevoix owns the hangar. Current lease payment to the City of Charlevoix is $2,000 per year plus taxes and insurance. **Debtors interest and rights as Tenant Secured by Lien and UCC Financing Statement: Charlevoix State Bank.** | **Leasehold Improvements** | **$0.00** | **Estimated FMV** | **$10,000.00** |
| 55.2. | **Welke Airport: Runway/Hangar/Storage Building located at 36155 East Side Drive, Beaver Island, MI 49782** | **Leasehold improvements** | **$0.00** | **N/A** | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| **$10,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites islandairways.com** | **$0.00** | | **$0.00** |

Debtor    **McPhillips Flying Service, Inc.**                          Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties**<br>**US Department of Transportation- Air**<br>**Ambulance Operations License 14 CFR Part**<br>**135** | **$0.00** | **Non-transferable** | **$0.00** |
| | **US Department of Transportation- License to**<br>**Operate FAR Part 135** | **$0.00** | **Non-transferable** | **$0.00** |
| | **US Department of Transportation- License to**<br>**Operate FAR Part 119** | **$0.00** | **Non-transferable** | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Various FAA Operating Manuals and Licenses** | **$0.00** | **Non-transferable** | **$0.00** |
| | **FAA Part 135 Operational Certificate** | **$0.00** | **Non-transferable** | **$0.00** |
| 65. | **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  ☑ No
  ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☑ No
  ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes Fill in the information below.

| | | Current value of<br>debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit** | |

Debtor    **McPhillips Flying Service, Inc.**                        Case number *(If known)* _____
          _____
          Name

**has been filed)**

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Executory Contracts with Beaver Island Community Schools, Beaver Island EMS, City of Charlevoix, FedEx, United States Postal Services and UPS** | **$1.00** |
| | **Client List** | **$1.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$2.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **McPhillips Flying Service, Inc.**_____    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,174.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $139,120.29 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $250,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,872,210.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $10,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,325,506.58 | + 91b. $10,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,335,506.58 |

**Fill in this information to identify the case:**

Debtor name    **McPhillips Flying Service, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | **Charlevoix State Bank**
Creditor's Name

**111 State Street**
**PO Box 217**
**Charlevoix, MI 49720**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/1999-**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets including but not limited to 1969 Britten N137, 1969 Britten N80KM, 1980 Britten N406CW, 1970 Britten N95BN, and 1977 Piper N633790**

Describe the lien
**UCC Financing Statement/Liens with the FAA**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$530,018.00**    Column B: **$1,141,000.00**

**2.2** | **Charlevoix State Bank**
Creditor's Name
**111 State Street**
**PO Box 217**
**Charlevoix, MI 49720**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022-**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**1970 Britten Norman BN2A-26 Islander N949PW**
**\*\*Appraisal Pending**

Describe the lien
**UCC Financing Statement/PMSI**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$303,033.00**    Column B: **$500,000.00**

Debtor     **McPhillips Flying Service, Inc.**                                    Case number (if known) _____
           Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Charlevoix State Bank** | Describe debtor's property that is subject to a lien | $325,900.00 | $1,498,617.58 |
|---|---|---|---|---|

Creditor's Name

**111 State Street**
**PO Box 217**
**Charlevoix, MI 49720**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**5/2008-**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**All Assets**

**Describe the lien**
**UCC Financing Statement- Line of Credit**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $965,789.00 | $1,172,717.58 |
|---|---|---|---|---|

Creditor's Name

**Office of District Counsel**
**515 Patrick V McNamara Bldg**
**Detroit, MI 48226**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**5/2020-**

**Last 4 digits of account number**
**7400**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**All Assets**

**Describe the lien**
**UCC-1 Filing Statement**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        | $2,124,740.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **McPhillips Flying Service, Inc.**
Name

Case number (*if known*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SBA CESC**<br>**14925 Kingport Rd**<br>**Fort Worth, TX 76155** | Line __2.4__ | |
| **Suzanne Ulicny**<br>**US Small Business Admin**<br>**477 Michigan Avenue**<br>**Detroit, MI 48226** | Line __2.4__ | |

**Fill in this information to identify the case:**

Debtor name **McPhillips Flying Service, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,450.74 |
|---|---|---|---|
| | **American Express NB**<br>**4315 South 2700 West**<br>**Salt Lake City, UT 84184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-** | Basis for the claim: **Charge Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,830.46 |
|---|---|---|---|
| | **Charlevoix State Bank**<br>**111 State Street**<br>**Charlevoix, MI 49720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023-** | Basis for the claim: **Charge Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Estate of Adam Wolford Kendall**<br>**c/o Zachary W. Thomas, Esq.**<br>**2402 Dunlavy Street**<br>**Houston, TX 77006** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Lawsuit Case No. 22-0772-27-CZ**<br>**Specific amounts have not been determined in State Court matter.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279,700.00 |
|---|---|---|---|
| | **Paul Welke**<br>**Angela LaFevre-Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-** | Basis for the claim: **Back Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

49734

| Debtor | **McPhillips Flying Service, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ryan Cobb
Assistant US Attorney
Western District of Michigan
PO Box 208
Grand Rapids, MI 49501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025-**

Basis for the claim: **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,984.02 |
|---|---|---|---|

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Charge Account**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **33rd County Circuit Court**<br>**Case No. 22-0772-CZ**<br>**301 State Street**<br>**Charlevoix, MI 49720** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **American Express NB**<br>**PO Box 981535**<br>**El Paso, TX 79998** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Charlevoix State Bank**<br>**111 State Street**<br>**PO Box 217**<br>**Charlevoix, MI 49720** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Clifford Law Offices, PC**<br>**120 N. LaSalle St, Ste. 3600**<br>**Chicago, IL 60602** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Gregory R. Grant, Esq.**<br>**Cummings McClorey David**<br>**310 W. Front St, Ste. 221**<br>**Traverse City, MI 49684** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Lawrence R. LaSusa, Esq.**<br>**LaSusa Law Office, PLC**<br>**4335 E. Timberwood Drive**<br>**Traverse City, MI 49686** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Robert J. Carty, Jr., Esq.**<br>**2402 Dunlavy Street**<br>**Houston, TX 77006** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |

Debtor  **McPhillips Flying Service, Inc.**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **Robert T. Kendall, III**<br>**Marcoux Allen Bower & Kendall**<br>**145 S. Jackson Street**<br>**PO Box 787**<br>**Jackson, MI 49201** | Line  **3.3**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 **US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | Line  **3.6**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 **Zachary W. Thomas, Esq.**<br>**2402 Dunlavy Street**<br>**Houston, TX 77006** | Line  **3.3**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 358,966.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 358,966.22 |

| Fill in this information to identify the case: |
|---|

Debtor name  **McPhillips Flying Service, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for air transportation services.** | |
|---|---|---|---|
| | State the term remaining | **Ends June 2029** | **Beaver Island Comm. School** |
| | List the contract number of any government contract | | **37895 King's Hwy** <br> **Beaver Island, MI 49782** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Air medical transport service agreement** | |
|---|---|---|---|
| | State the term remaining | **Ends December 2027** | **Beaver Island EMS** |
| | List the contract number of any government contract | | **37830 King's Hwy** <br> **Beaver Island, MI 49782** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Portion of a terminal building, common areas, etc.  at 111 Airport Drive, Charlevoix, MI 49720. Ends April 2029** | |
|---|---|---|---|
| | State the term remaining | | **City of Charlevoix** |
| | List the contract number of any government contract | | **210 State Street** <br> **Charlevoix, MI 49720** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Charlevoix Hangar and freight room located at 111 Airport Drive, Charlevoix, MI 49720. Ends April 30, 2039** | |
|---|---|---|---|
| | State the term remaining | | **City of Charlevoix** |
| | List the contract number of any government contract | | **210 State Street** <br> **Charlevoix, MI 49720** |

Debtor 1  **McPhillips Flying Service, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Added Capacity Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ends November 2026** | **FedEx Ground Package System 1000 FedEx Drive Moon Township, PA 15108** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Welke Airport: Runway/Hangar/Storage Building located at 36155 East Side Drive, Beaver Island, MI 49782.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Paul Welke Angela LaFevre-Welke 36026 Melody Ln Beaver Island, MI 49782** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1958 Piper PA23-160 SN 23-1486** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Paul Welke 36026 Melody Ln Beaver Island, MI 49782** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Air transportation and mail handling.** | |
|---|---|---|---|
| | State the term remaining | **Ends November 2030** | **United States Postal Service Cargo Air Acquisitions 475 L'Enfant Plaza SW RM 1P650 Washington, DC 20260** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Pickup and Delivery Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ends November 2030** | **UPS Supply Chain Solutions 55 Glenlake Pkwy Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **McPhillips Flying Service, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Angela LeFevre-Welke** | **36026 Melody Ln** <br> **Beaver Island, MI 49782** | **Estate of Adam Wolford Kendall** | ☐ D _____ <br> ■ E/F  **3.3** <br> ☐ G _____ |
| 2.2 | **Neal Boyle** | **37810 Front View Court** <br> **Beaver Island, MI 49782** | **Estate of Adam Wolford Kendall** | ☐ D _____ <br> ■ E/F  **3.3** <br> ☐ G _____ |
| 2.3 | **Paul Welke** | **36026 Melody Ln** <br> **Beaver Island, MI 49782** | **Charlevoix State Bank** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Paul Welke** | **36026 Melody Ln** <br> **Beaver Island, MI 49782** | **Small Business Administration** | ■ D  **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Paul Welke** | **36026 Melody Ln** <br> **Beaver Island, MI 49782** | **Estate of Adam Wolford Kendall** | ☐ D _____ <br> ■ E/F  **3.3** <br> ☐ G _____ |

Debtor    **McPhillips Flying Service, Inc.** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name    **McPhillips Flying Service, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other  **As of May 31, 2025** | **$802,377.02** |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$1,802,181.00** |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$1,656,050.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **McPhillips Flying Service, Inc.**         Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **AFS/IBEX Financial Services**<br>**PO Box 4729**<br>**Carol Stream, IL 60197** | **May 6, 2025** | **$25,898.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance- Regular**<br>**Course of Business** |
| 3.2. | **AvFuel Corporation**<br>**PO Box 67000**<br>**Detroit, MI 48267** | **Within the<br>past 90 days** | **$84,462.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Fuel Supplier- Regular**<br>**Course of Business** |
| 3.3. | **Avsurance Corp.** | **June 19,<br>2025** | **$31,578.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance- Regular**<br>**Course of Business** |
| 3.4. | **Charlevoix State Bank**<br>**111 State Street**<br>**PO Box 217**<br>**Charlevoix, MI 49720** | **Within the<br>last 90 days** | **$26,040.81** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Small Business Administration**<br>**Office of District Counsel**<br>**515 Patrick V McNamara Bldg**<br>**Detroit, MI 48226** | **Within the<br>last 90 days** | **$14,211.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount
   may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Angela LeFevre-Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782**<br>**President/Secretary** | **Within the<br>past year** | **$76,923.00** | **Wages** |
| 4.2. | **Paul Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782**<br>**Owner/Pilot** | **Within the<br>past year** | **$37,500.00** | **Wages** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **McPhillips Flying Service, Inc.**                                    Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Paul Welke**<br>**Angela LaFevre-Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782**<br>**Owner/President/Secretary** | **Within the past year** | **$0.00** | **On or about 12/31/2024, the Debtor and the Welkes, effected a mutual offset of pre-petition obligations. The Debtor owed $578,700 in accrued rent to the Welkes and the Welkes owed the Debtor $299,000 for pre-petition expenses. The parties agreed to offset these mutual obligations, reducing the Debtor's liability to the Welkes to $279,700.** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Robert T. Kendall III, and Robert T. Kendall IV, Individually and as Co-Personal Representatives of the Estate of Adam Wolford Kendall, Deceased**<br>**v**<br>**McPhillips Flying Service, Inc. d/b/a Island Airways, a Michigan corporation, Paul Welke, Angela LeFevre-Welke, and Neal Boyle.**<br>**22-0772-CZ** | **Wrongful Death** | **33rd County Circuit Court Case No. 22-0772-CZ**<br>**301 State Street**<br>**Charlevoix, MI 49720** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Additional disclosures to be made.** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **McPhillips Flying Service, Inc.**                                         Case number *(if known)*

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **PABI** | **Gala Donations** | **8/2023 & 8/2024** | **$6,770.00** |
| Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Keller & Almassian, PLC 230 East Fulton Grand Rapids, MI 49503** | **Attorney Fees for insolvency review and settlement negotiation related to State Court Litigation.** | **Within the past year** | **$130,249.53** |
| Email or website address **ecf@kalawgr.com** | | | |
| Who made the payment, if not debtor? **Starr Insurance Companies** | | | |

Debtor    **McPhillips Flying Service, Inc.**                               Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Distel Thiede Advisory Services, LLC** **1500 East Beltline SE- Suite 100** **Grand Rapids, MI 49506** | **Financial Advisor/Consulting Fees for insolvency review and settlement negotiation related to State Court Litigation.** | **Within the past year** | **$36,470.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Starr Insurance Companies** | | | |
| 11.3. | **Keller & Almassian, PLC** **230 East Fulton** **Grand Rapids, MI 49503** | **Attorney Fees for Chapter 11** | **July 2025** | **$16,500.00** |
| | Email or website address **ecf@kalawgr.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Distel Thiede Advisory Services, LLC** **1500 East Beltline SE- Suite 100** **Grand Rapids, MI 49506** | **Financial Advisor/Consultant Fees for Chapter 11** | **Within the past year** | **$11,515.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

Debtor    McPhillips Flying Service, Inc.                                Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Other charter service operators | Various airplane components. (Less than $2,000) | Within the past year | Unknown |
| | Relationship to debtor | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Capital Group- American Funds | EIN:   582687308 |

      Has the plan been terminated?
      ■ No
      ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **McPhillips Flying Service, Inc.**                                    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Paul Welke<br>36026 Melody Ln<br>Beaver Island, MI 49782 | 111 Airport Drive<br>Charlevoix, MI 49720 | 1994 International Dump Truck<br>(Donated to the airport for snow removal) | $0.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **McPhillips Flying Service, Inc.**                                    Case number *(if known)*

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Angela LeFevre-Welke** **36026 Melody Ln** **Beaver Island, MI 49782** | **Within the past 2 years** |
| 26a.2.   **Distel Thiede Advisory Services, LLC** **1500 East Beltline SE- Suite 100** **Grand Rapids, MI 49506** | **Within the past 2 years** |
| 26a.3.   **RRG & G, PC** **2 East Main Street** **Fremont, MI 49412** | **Within the past 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Distel Thiede Advisory Services, LLC** **1500 East Beltline SE- Suite 100** **Grand Rapids, MI 49506** | **Within the past 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    __McPhillips Flying Service, Inc._____    Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Angela LeFevre-Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782** | |
| 26c.2. **Distel Thiede Advisory Services, LLC**<br>**1500 East Beltline SE- Suite 100**<br>**Grand Rapids, MI 49506** | |
| 26c.3. **RRG & G, PC**<br>**2 East Main Street**<br>**Fremont, MI 49412** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Charlevoix State Bank**<br>**111 State Street**<br>**PO Box 217**<br>**Charlevoix, MI 49720** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Angela LeFevre-Welke** | **36026 Melody Ln**<br>**Beaver Island, MI 49782** | **President/Secretary** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Welke** | **36026 Melody Ln**<br>**Beaver Island, MI 49782** | **Owner/Pilot** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **McPhillips Flying Service, Inc.** _____    Case number _(if known)_ _____

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Angela LeFevre-Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782** | $76,923 | **Within the past year** | **Wages** |
| **Relationship to debtor**<br>**President/Secretary** | | | |
| 30.2. **Paul Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782** | $37,500 | **Within the past year** | **Wages** |
| **Relationship to debtor**<br>**Owner/Pilot** | | | |
| 30.3. **Paul Welke**<br>**Angela LaFevre-Welke**<br>**36026 Melody Ln**<br>**Beaver Island, MI 49782** | *See SOFA No. 4.3 | | |
| **Relationship to debtor**<br>**Owner/President/Secretary** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **McPhillips Flying Service, Inc.**                                          Case number *(if known)*

---

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 15, 2025**

**/s/ Angela LeFevre-Welke**                                   **Angela LeFevre-Welke**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

## United States Bankruptcy Court
### Western District of Michigan

In re  **McPhillips Flying Service, Inc.**                                    Case No. _____
                                          Debtor(s)                           Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President/Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 15, 2025** _____          **/s/ Angela LeFevre-Welke** _____
                                                   **Angela LeFevre-Welke**/**President/Secretary**
                                                   Signer/Title

Date:  **July 15, 2025** _____          **/s/ A. Todd Almassian** _____
                                                   Signature of Attorney
                                                   **A. Todd Almassian P55467**
                                                   **Keller & Almassian, PLC**
                                                   **230 East Fulton**
                                                   **Grand Rapids, MI 49503**
                                                   **616-364-2100   Fax: 616-364-2200**

.

```
33RD COUNTY CIRCUIT COURT
CASE NO. 22-0772-CZ
301 STATE STREET
CHARLEVOIX MI 49720


AMERICAN EXPRESS NB
4315 SOUTH 2700 WEST
SALT LAKE CITY UT 84184


AMERICAN EXPRESS NB
PO BOX 981535
EL PASO TX 79998


BEAVER ISLAND COMM. SCHOOL
37895 KING'S HWY
BEAVER ISLAND MI 49782


BEAVER ISLAND EMS
37830 KING'S HWY
BEAVER ISLAND MI 49782


CHARLEVOIX STATE BANK
111 STATE STREET
PO BOX 217
CHARLEVOIX MI 49720


CHARLEVOIX STATE BANK
111 STATE STREET
CHARLEVOIX MI 49720


CITY OF CHARLEVOIX
210 STATE STREET
CHARLEVOIX MI 49720


CLIFFORD LAW OFFICES, PC
120 N. LASALLE ST, STE. 3600
CHICAGO IL 60602


ESTATE OF ADAM WOLFORD KENDALL
C/O ZACHARY W. THOMAS, ESQ.
2402 DUNLAVY STREET
HOUSTON TX 77006
```

```
FEDEX GROUND PACKAGE SYSTEM
1000 FEDEX DRIVE
MOON TOWNSHIP PA 15108


GREGORY R. GRANT, ESQ.
CUMMINGS MCCLOREY DAVID
310 W. FRONT ST, STE. 221
TRAVERSE CITY MI 49684


LAWRENCE R. LASUSA, ESQ.
LASUSA LAW OFFICE, PLC
4335 E. TIMBERWOOD DRIVE
TRAVERSE CITY MI 49686


NEAL BOYLE
37810 FRONT VIEW COURT
BEAVER ISLAND MI 49782


PAUL WELKE
ANGELA LAFEVRE-WELKE
36026 MELODY LN
BEAVER ISLAND MI 49782


ROBERT J. CARTY, JR., ESQ.
2402 DUNLAVY STREET
HOUSTON TX 77006


ROBERT T. KENDALL, III
MARCOUX ALLEN BOWER & KENDALL
145 S. JACKSON STREET
PO BOX 787
JACKSON MI 49201


RYAN COBB
ASSISTANT US ATTORNEY
WESTERN DISTRICT OF MICHIGAN
PO BOX 208
GRAND RAPIDS MI 49501


SBA CESC
14925 KINGPORT RD
FORT WORTH TX 76155
```

```
SMALL BUSINESS ADMINISTRATION
OFFICE OF DISTRICT COUNSEL
515 PATRICK V MCNAMARA BLDG
DETROIT MI 48226


SUZANNE ULICNY
US SMALL BUSINESS ADMIN
477 MICHIGAN AVENUE
DETROIT MI 48226


UNITED STATES POSTAL SERVICE
CARGO AIR ACQUISITIONS
475 L'ENFANT PLAZA SW RM 1P650
WASHINGTON DC 20260


UPS SUPPLY CHAIN SOLUTIONS
55 GLENLAKE PKWY
ATLANTA GA 30328


US BANK
800 NICOLLET MALL
MINNEAPOLIS MN 55402


US BANK
PO BOX 790408
SAINT LOUIS MO 63179


ZACHARY W. THOMAS, ESQ.
2402 DUNLAVY STREET
HOUSTON TX 77006
```

# United States Bankruptcy Court
## Western District of Michigan

In re   **McPhillips Flying Service, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **McPhillips Flying Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 15, 2025**

Date

**/s/ A. Todd Almassian**

**A. Todd Almassian P55467**

Signature of Attorney or Litigant

Counsel for   **McPhillips Flying Service, Inc.**

**Keller & Almassian, PLC**
**230 East Fulton**
**Grand Rapids, MI 49503**
**616-364-2100 Fax:616-364-2200**
**ecf@kalawgr.com**